**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

_____
                              :
FRANK CUSANO,                 :
                              :   Civil Action No.
            Petitioner,       :   09-4214 (JBS)
                              :
      v.                      :   **ORDER**
                              :
UNITED STATES OF AMERICA,     :
                              :
            Respondent.       :
_____:

    This matter came before the Court upon initial review of Petitioner's application under 28 U.S.C. § 2241; and

    For reasons stated in the Memorandum Opinion of today's date;

    IT IS, this   **6th**   day of   **November**  , **2009**,

    ORDERED that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is DENIED for lack of jurisdiction; and it is further

    ORDERED that, within thirty days from the date of entry of this Order, Petitioner shall either remit his filing fee of $ 5.00 or file his duly executed application to prosecute this matter in forma pauperis; and it is finally

    ORDERED that the Clerk shall serve a copy of this Order upon Petitioner by regular U.S. mail, together with a blank in forma pauperis form for prisoners seeking habeas relief, and shall close the file on this matter.

                                      **s/ Jerome B. Simandle**
                                      JEROME B. SIMANDLE
                                      U.S. District Judge